## LITTLEJOHN et al. *v.* WILCOX et al.

Where one by whom an attachment had been sued out abandons the case, under circumstances which show that in instituting the suit he was not acting in good faith, the defendant may recover from him, in an action on the attachment bond, fees of counsel paid to defend the attachment.

APPEAL from the Fourth District Court of New Orleans, *Strawbridge*, J. *T. A. Clarke*, for the appellants, cited 3 La. 103, 391. 2 Rob. 318. 9 Rob. 91. *Josephs*, for the defendants. The judgment of the court was pronounced by

ROST, J.* This is an action brought by the plaintiffs, upon an attachment bond, executed by the defendants as principal and surety. They claim $380 82, as damages sustained in consequence of the attachment. The court below gave judgment in their favor for $95, and they appealed.

It appears that, in 1842, *Jacob Wilcox* instituted a suit against the plaintiffs in the State of Tennessee, upon a bill of exchange, and that this suit was finally decided in favor of the defendants by the Supreme Court of that State. In 1845, *Jacob Wilcox* instituted in this city a suit by attachment against the plaintiffs on the same bill of exchange, and gave the bond upon which this action is based. After the attachment, he often told one of the garnishees, that he did not wish to interfere in the business of *Littlejohn*, but that he wanted to try the question. He did not, however, try the question. When the case came on for trial neither he nor his counsel attended, and his petition was dismissed.

Suitors who try experiments, without hope of success, and who do not prosecute them, must take the consequences. They cannot be considered in good faith, and the rule of damages applicable to them is peculiar. We think the sum allowed by the court below for the loss on the cotton, not sufficiently proved; but we are also of opinion that, under the facts of the case, the fees paid by the plaintiffs to their counsel to defend the attachment should have been allowed. The judgment must be amended accordingly.

The objections made by the defendant's counsel to the introduction of the evidence of *Wright, Connolly*, and *Durant*, were properly overruled. It went to the effect, not to the admissibility of the testimony.

It is therefore ordered that the judgment in this case be amended, and that the plaintiffs recover from the defendants *in solido*, the sum of $175 75, with costs in both courts.